No. 389, Misc.   MIRRA *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.   Petitioner *pro se.*   *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 394, Misc.   OWENS *v.* UNITED STATES.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   Petitioner *pro se.*   *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 403, Misc.   LIEBERMAN *v.* COLUMBUS BAR ASSOCIATION.   Supreme Court of Ohio.   Certiorari denied. Petitioner *pro se.*   *Lawrence A. Ramey* for respondent.

No. 430, Misc.   McDOWELL *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.   Petitioner *pro se.*   *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.

No. 463, Misc.   CRUZ *v.* NEW YORK.   Court of Appeals of New York.   Certiorari denied.   Petitioner *pro se.* *Frank S. Hogan, H. Richard Uviller* and *Peter J. O'Connor* for respondent.

No. 501, Misc.   HATSCHNER *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied.   Petitioner *pro se.*   *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.